**寄件者:** Frame, Aliza Marie <almframe@iu.edu>
**寄件日期:** 2025年4月4日 07:46
**收件者:** Liu, Jelena <liu468@iu.edu>
**主旨:** Termination of your F-1 SEVIS record

Dear Jelena,

A recent review of student records brought to our attention that your SEVIS record and lawful F-1 status in the United States was terminated yesterday, April 3, 2025, by the U.S. Department of Homeland Security. The reason for the termination listed in SEVIS is, "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated." The government has provided no further information about the reason for the termination of your F-1 SEVIS record.

If you are currently employed, you are advised to cease employment immediately.

If you wish to discuss your options with an immigration attorney, we recommend that you consult an attorney who has specific experience with student immigration status and removal proceedings. You can locate an immigration attorney on the AILA Immigration Lawyer Referral Service (ailalawyer.com).

Kindest regards,

Aliza


**Aliza M. Frame**
*Pronouns: she/her/hers*
Director of International Student and Scholar Services
Office of International Affairs
902 W. New York Street, ES 2126
Indianapolis, IN 46202
317-274-7000 (General OIA Number)
317-278-7910
almframe@iu.edu
international.indianapolis.iu.edu
Twitter | Facebook | Instagram

**EXHIBIT 1**

Please note that my email address is changing to almframe@iu.edu. When the transition is complete, you will no longer be able to reach me at my old address. Please begin using my new address almframe@iu.edu now.

