
**From** ccollins@purdue.edu <ccollins@purdue.edu>
**Date** Thu 4/3/2025 3:03 PM
**To** Nina Hu <hu945@purdue.edu>

You don't often get email from ccollins@purdue.edu. Learn why this is important

## Office of International Students and Scholars

### ISS Urgent: Regarding your F-1 status

Greetings, Cennuo.

It has come to our attention that your SEVIS record and lawful F-1 status in the United States have been terminated. **If you are currently employed, you are advised to cease employment immediately.** The International Student Services office has no further information and cannot assist you in this matter.

We strongly recommend that you discuss your options with a licensed legal professional whose area of practice is in the field of immigration, and specifically student visa matters. You can locate an immigration attorney on the AILA Immigration Lawyer Referral Service (ailalawyer.com).

Kindest regards,

**Christine K. Collins**
*Director, International Student Services*
Office of International Students and Scholars

155 South Grant St.

Young Hall Room 525

West Lafayette, IN 47907

*We are not here to merely make a living. We are here to enrich the world, and we impoverish ourselves if we forget this errand. —Woodrow T. Wilson*

*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or information otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

Office of International Students and Scholars
155 S Grant Street, Young Hall Room 525
West Lafayette, IN 47907
765-494-5770

**EXHIBIT 2**