### ISS Urgent Regarding your F-1 Status

Greetings, Junde.

It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on 4/8/2025 for the reason: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked.**

**If you are currently employed, you are advised to cease employment immediately, and you are no longer legally authorized to continue your studies in the United States.**

You should immediately seek personal legal counsel to discuss options that may be available to you and contact the embassy of your home country. You can locate an immigration attorney on the AILA Immigration Lawyer Referral Service (ailalawyer.com). Contact information for foreign embassies and consulates in the United States is available from the U.S. State Department.

We understand this may be difficult news and encourage you to contact CAPS or the Office of the Dean of Students to help identify available support services. Staff are also available to discuss what options may be available for continuing your academic studies from your home country.

Please contact me with questions or to discuss any of the above information.

**Christine K. Collins**

**Principal Designated School Official**
*Director, International Student Services*
Office of International Students and Scholars

EXHIBIT 3