Odoeze Jideofor A.H
Ph.D. Candidate, Electrical Engineering
B01 Stinson Remicks
University of Notre Dame


---------- Forwarded message ---------
From: **Leah Zimmer** <lzimmer3@nd.edu>
Date: Tue, Apr 8, 2025 at 6:27 PM
Subject: Urgent: F-1 Status & SEVIS Record - Response Requested
To: Jideofor Ambrose Henry Odoeze <jodoeze@nd.edu>
CC: Anthony Hoffman <ahoffma8@nd.edu>, Jason Hicks <jhicks3@nd.edu>, Douglas Hall <dhall@nd.edu>


Dear Jideofor,

I am writing to you with critical information about your F-1 status and SEVIS record.

I regret to inform you that today, April 8, 2024, your SEVIS immigration record was terminated by the Department of Homeland Security, effective immediately.

The reason given for your termination was: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

Unfortunately, we are not able to make any changes to your SEVIS record, and we are unaware of any available path to reinstate your status from within the U.S.

There are a few things you will need to know as you consider next steps.

First, based on this DHS action to your record, your F-1 status in the U.S. is terminated, and you are no longer considered lawfully present in the U.S. Additionally, you may be at risk of detention and deportation. If you are still present in the U.S., you should make immediate plans to depart the United States. There is no grace period with this termination.

- Any days that you remain within the United States after this date of termination could be counted as days of unlawful presence which may have an impact on your ability to re-enter the United States in the future.

If you wish to re-enter the United States in the future, please be advised that the Notre Dame

**EXHIBIT 9**

issued I-20 and the visa associated with it are no longer valid for re-entry to the U.S.

I have copied your academic advisor, your DGS, and the associate dean of your college, so they can be prepared to discuss with you implications for your program and opportunities for continued engagement with the program despite this action on your immigration record and status.

If you have questions about next steps or the long-term impact on your ability to return to the U.S., we recommend that you contact an immigration attorney. While we cannot recommend a specific attorney, the [AILA Lawyer list](#) is a good resource.

I also recommend that you reach out to the Nigerian consulate in the U.S. to let them know and see if they can assist you with travel.

While my ability to answer questions may be limited under the circumstances, I would appreciate the opportunity to connect with you to discuss questions you have about the implications on your status in the U.S. and next steps. You can contact me at lzimmer3@nd.edu to schedule time to meet.

Sincerely,
Leah

**Leah Zimmer (she/her)**

*Executive Director, PDSO/RO*

*International Student & Scholar Affairs*

Notre Dame Global

issa.nd.edu

574-631-4603 (direct line)

105 Main Building

Notre Dame, IN 46556

