UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:25-cv-716-JPH-TAB |
| | ) |
| KRISTI NOEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Motion for Temporary Restraining Order and Preliminary Injunction**

Plaintiffs, by counsel, file for a Temporary Restraining Order to be followed by a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. In support of this motion, they say that:

1. As they note in their Verified Complaint for Declaratory and Injunctive Relief (Dkt. 1), which is hereby incorporated by reference, they are currently at risk of being involuntarily removed from the United States because the defendants have terminated their SEVIS record and their F-1 student status. They are also being severely harmed in other ways as noted in the verified complaint.

2. The actions of the defendants violate both the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (B) and the due process clause of the Fifth Amendment to the United States Constitution.

3. Plaintiffs are being caused irreparable harm for which there is no adequate remedy at law.

4. The harms that plaintiffs are being caused and are facing in the future far outweigh any harm that a temporary restraining order will cause the defendants.

5. The public interest will be served by the issuance of a temporary restraining order.

6. In addition to their Verified Complaint for Declaratory and Injunctive Relief, plaintiffs separately submit their memorandum of law, which is also incorporated by reference.

WHEREFORE, plaintiffs request that this Court enter a temporary restraining order that defendants set aside the termination of their SEVIS record and F-1 status, and after a briefing and hearing enter a preliminary injunction continuing the temporary restraining order, and for all other proper relief.

> Kenneth J. Falk
> Gavin M. Rose
> Stevie J. Pactor
> ACLU of Indiana
> 1031 E. Washington St.
> Indianapolis, IN 46202
> 317/635-4059
> fax: 317/635-4105
> kfalk@aclu-in.org
> grose@aclu-in.org
> spactor@aclu-in.org
>
> Sarah L. Burrow
> LEWIS KAPPES
> One American Square, Suite 2500
> Indianapolis, IN 46282

        317/639-1210
        fax: 317/639-4882
        SBurrow@lewis-kappes.com

        Attorneys for Plaintiffs

## Certificate of Service

I certify that a copy of the foregoing was served by first-class U.S. postage, pre-paid, on the below-named defendants on this 15th day of April 2025.

Kristi Noem
Secretary
United States Department of Homeland Security
245 Murray Lane SW
Washington, D.C. 20258

Todd Lyons
Acting Director
United States Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20535

I further certify that a courtesy copy was also sent via electronic mail on the 15th day of April 2025 to:

Shelese Woods
Chief, Civil Division
Office of the United States Attorney-
    Southern District of Indiana
Shelese.Woods@usdoj.gov

        */s/ Kenneth J. Falk*
        Kenneth J. Falk
        Attorney at Law