UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:25-cv-00716-JPH-TAB |
| | ) |
| KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON APRIL 16, 2025, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel on April 16, 2025, for a telephonic status conference. Discussion held regarding case status. Plaintiffs shall file their reply brief in support of their motion for a temporary restraining order by April 16, 2025.

Date: 4/16/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email