UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. No. 1:25-cv-716-JPH-TAB |
| | ) |
| KRISTI NOEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Plaintiffs' Third Notice of Supplemental Authority**

Plaintiffs, by counsel, hereby submit this Notice of Supplemental Authority regarding recent decisions of U.S. District Courts issuing temporary restraining orders in analogous cases:

- *Kshatri v. Lyons*, 2:25-cv-553 (N.D. Ala.)
- *Arizona Student Doe #2 v. Trump et al.,* 4:25-cv-175 (D. Ariz.)
- *Zhou v. Lyons*, 2:25-cv-2995 (C.D. Cal.)
- *Doe v. Noem*, 1:25-cv-10904 (D. Mass.) (Only docket text available)
- *Ratsantiboon v. Noem et al.,* 0:25-cv-1315 (D. Minn.)
- *Isserdasani et al. v. Noem et al.,* 3:25-cv-283 (W.D. Wisc.)

Stevie J. Pactor
Kenneth J. Falk
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
spactor@aclu-in.org
kfalk@aclu-in.org
grose@aclu-in.org

Sarah L. Burrow
LEWIS KAPPES
One American Square, Suite 2500
Indianapolis, IN 46282
317/639-1210
fax: 317/639-4882

[1]

SBurrow@lewis-kappes.com

Attorneys for Plaintiffs