UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:25-cv-00716-JPH-TAB |
| | ) |
| KRISTI NOEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Notice of Dismissal of Claims of Plaintiffs Residing Outside the District**

Plaintiffs Nina Hu, Junde Zhu, Xiaotian Yu, Xilai Dai, Zhaorui Ni, and Jideofor Odoeze file their Notice of Voluntary Dismissal of their claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and this Court's Order Denying TRO and Directing Further Proceedings.(Dkt. 24 at 10).

WHEREFORE, Nina Hu, Junde Zhu, Xiaotian Yu, Xilai Dai, Zhaorui Ni, Jideofor Odoeze voluntarily dismiss their claims.

Kenneth J. Falk<br>
Gavin M. Rose<br>
Stevie J. Pactor<br>
ACLU of Indiana<br>
1031 E. Washington St.<br>
Indianapolis, IN 46202<br>
317/635-4059<br>
fax: 317/635-4105<br>
kfalk@aclu-in.org<br>
grose@aclu-in.org<br>
spactor@aclu-in.org

[1]

Sarah L. Burrow
LEWIS KAPPES
One American Square, Suite 2500
Indianapolis, IN 46282
317/639-1210
fax: 317/639-4882
SBurrow@lewis-kappes.com

Attorneys for Plaintiffs