UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JELENA LIU, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00716-JPH-TAB |
| | ) | |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Acknowledgment of Dismissal**

Plaintiffs Nina Hu, Junde Zhu, Xiaotian Yu, Xilai Dai, Zhaorui Ni, and Jideofor Odoeze, having filed their Notice of Dismissal of Claims of Plaintiffs Residing Outside of the District, the Court ACKNOWLEDGES that with the filing the claims of Nina Hu, Junde Zhu, Xiaotian Yu, Xilai Dai, Zhaorui Ni, and Jideofor Odoeze were dismissed without prejudice.

To:     All ECF-registered counsel of record

[1]