Case 1:25-cv-02756-JPO Document 27-17 Filed 04/21/25 Page 1 of 3 PageID #: 329

Case 2:25-cv-00553-MHH Document 27 Filed 04/14/25 Page 1 of 3

FILED
2025 Apr-15 AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TRIPURA SUPRAJA KSHATRI ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> TODD M. LYONS, Acting Director, ) <br> U.S. Immigrations and Customs ) <br> Enforcement, ) <br> ) <br> **Defendant.** ) | Case No. 2:25-cv-00553-MHH |

## TEMPORARY RESTRAINING ORDER

*Pro se* plaintiff Tripura Supraja Kshatri has sued Todd M. Lyons, the Acting Director of U.S. Immigrations and Customs Enforcement. Ms. Kshatri alleges that the Director has violated the Administrative Procedure Act. (Doc. 1). Ms. Kshatri asserts that ICE caused her SEVIS record to be terminated which, in turn, has caused her to be "out of status." Ms. Kshatri contends that the termination of her SEVIS record and F-1 status was unlawful and arbitrary and capricious. (Doc. 1, pp. 5, 8–10). Ms. Kshatri filed with her complaint a motion for a temporary restraining order. (Doc. 2).

Because Ms. Kshatri filed her complaint and her motion for a TRO today and had not had time to serve the United States, per Rule 65(b)(1) of the Federal Rules of Civil Procedure, the Court gave counsel for the United States notice of the

1

complaint and motion and held a hearing on the motion. At the hearing, the United States indicated that it needs additional time to examine the basis for the termination of Ms. Kshatri's SEVIS record and F-1 status. The United States indicated that it needs one week to respond to Ms. Kshatri's motion.

Accordingly, the Court orders as follows:

1. For the reasons stated on the record during the April 14, 2025 hearing in this matter, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court grants Ms. Kshatri's motion for a temporary restraining order.[1] The Court temporarily enjoins Mr. Lyons and his officers, agents, servants, employees, and attorneys, along with any other persons who are in active concert or participation with any of these individuals, from effectuating ICE's termination of Ms. Kshatri's SEVIS record and F-1 status.

2. On or before April 21, 2025, the United States shall please respond to Ms. Kshatri's motion. Ms. Kshatri may reply by April 25, 2025.

3. The Court sets this matter for a hearing on April 28, 2025 at 3:00 p.m. in Courtroom 4B of the Hugo L. Black United States Courthouse in Birmingham, Alabama. The parties shall bring to the hearing all

---

[1] A transcript of this hearing is available upon request.

2

evidence they wish the Court to consider concerning Ms. Kshatri's request for injunctive relief.

4. The temporary restraining order shall remain in effect until April 28, 2025 at 5:00 p.m. The Court will determine whether to terminate or extend the temporary restraining order during the April 28 hearing.

5. Consistent with court policy concerning personal identifying information, the Court directs the Clerk of Court to please seal Doc. 1 and to upload a redacted version of Doc. 1 as an attachment to Doc. 1 in the docket sheet.

**DONE** and **ORDERED** this April 14, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE