Query    Reports    Utilities    Help    Log Out

TYPE-D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01097-RBW

HINGE v. LYONS  
Assigned to: Judge Reggie B. Walton  
Cause: 05:0706 Judicial Review of Agency Actions

Date Filed: 04/11/2025  
Jury Demand: None  
Nature of Suit: 465 Immigration: Other Immigration Actions  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CHANDRAPRAKASH HINGE**     represented by     **Steven A. Brown**  
REDDY NEUMANN BROWN, P.C.  
10333 Richmond Avenue, Ste 1050  
Houston, TX 77042  
713-429-4793  
Email: steven@rnlawgroup.com  
*ATTORNEY TO BE NOTICED*

**Bradley Bruce Banias**  
BANIAS LAW LLC  
602 Rutledge Avenue  
Charleston, SC 29403  
843-352-4272  
Email: brad@baniaslaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TODD M. LYONS**  
*Acting Director, U.S. Immigration and Customs Enforcement*
    represented by     **Joseph F. Carilli , Jr.**  
UNITED STATES ATTORNEY'S OFFICE  
Civil Division  
601 D Street, NW  
Washington, DC 20001  
202-252-2525  
Email: joseph.carilli@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2025 | 1 | COMPLAINT against TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ( Filing fee $ 405 receipt number ADCDC-11609270) filed by CHANDRAPRAKASH HINGE. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons Proposed Summons)(Banias, Bradley) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 2 | MOTION for Temporary Restraining Order by CHANDRAPRAKASH HINGE. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Declaration Banias Declaration, # 3 Declaration Hinge Declaration, # 4 Exhibit A: Traffic offense ticket, # 5 Exhibit B: Order to dismiss Traffic violation, # 6 Exhibit C: Hinge SEVIS Termination)(Banias, Bradley) (Entered: 04/11/2025) |
| 04/11/2025 | | Case Assigned to Judge Reggie B. Walton. (zjd) (Entered: 04/11/2025) |
| 04/11/2025 | 3 | SUMMONS (3) Issued Electronically as to TODD M. LYONS, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zmtm) (Entered: 04/11/2025) |
| 04/11/2025 | 4 | ORDER. In accordance with the attached Order, it is hereby ORDERED that, by 6:00 p.m. Eastern Standard Time on April 11, 2025, the plaintiff shall SHOW CAUSE in writing as to why the Court should not transfer this case to the United States District Court for the Northern District of Texas. It is further ORDERED that the plaintiff shall forthwith notify the defendant of the contents of this Order. Signed by Judge Reggie B. Walton on April 11, 2025. (lcrbw3) (Entered: 04/11/2025) |
| 04/11/2025 | 5 | NOTICE of Appearance by Steven A. Brown on behalf of CHANDRAPRAKASH HINGE (Brown, Steven) (Entered: 04/11/2025) |
| 04/11/2025 | 6 | RESPONSE TO ORDER TO SHOW CAUSE re 4 Order,, Set Deadlines, filed by CHANDRAPRAKASH HINGE. (Brown, Steven) (Entered: 04/11/2025) |
| 04/11/2025 | 7 | NOTICE of Appearance by Joseph F. Carilli, Jr on behalf of All Defendants (Carilli, Joseph) (Entered: 04/11/2025) |
| 04/11/2025 | | MINUTE ORDER. The Court requiring additional information before resolving the plaintiff's 2 Application for Temporary Restraining Order or In the Alternative Preliminary Injunction, it is hereby ORDERED that, on or before April 13, 2025, the defendant shall file his opposition, if any, to the plaintiff's 2 motion. It is further ORDERED that, on April 14, 2025, at 2:00 p.m., the parties shall appear before the Court for a scheduling conference. The parties shall appear before the Court via teleconference, by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). SO ORDERED this 11th day of April, 2025. (lcrbw3) (Entered: 04/11/2025) |
| 04/13/2025 | 8 | Memorandum in opposition to re 2 Motion for TRO, filed by TODD M. LYONS. (Attachments: # 1 Exhibit A)(Carilli, Joseph) (Entered: 04/13/2025) |
| 04/14/2025 | | MINUTE ORDER. The public is permitted to attend the scheduling conference currently scheduled for today, April 14, 2025, at 2:00 p.m., by calling 1-833-990-9400, and entering the Meeting ID 011366756. Signed by Judge Reggie B. Walton on April 14, 2025. (lcrbw3) (Entered: 04/14/2025) |
| 04/14/2025 | 9 | NOTICE OF SUPPLEMENTAL AUTHORITY by CHANDRAPRAKASH HINGE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Brown, Steven) (Entered: 04/14/2025) |
| 04/14/2025 | | Minute Entry for telephonic proceedings held before Judge Reggie B. Walton: Motion Hearing held on 4/14/2025 re 2 Motion for Temporary Restraining Order. Oral arguments heard. The Court temporarily grants 2 Motion for Temporary Restraining Order for the reasons set forth on the record. Further Motion Hearing set for 4/16/2025 at 2:30 PM via teleconference (Audio Line Available) before Judge Reggie B. Walton. (Court Reporter: Lisa Moreira) (zalh) (Entered: 04/14/2025) |
| 04/14/2025 | | MINUTE ORDER. In accordance with the oral rulings issued by the Court at the motion hearing held on April 14, 2025, and in light of the forthcoming Order to be issued by the |

4/19/25, 11:08 AM
District of Columbia live database
Case 1:25-cv-00716-JPH-TAB    Document 27-6    Filed 04/21/25    Page 3 of 5 PageID #: 360

| | | |
|---|---|---|
| | | Court, the Court has determined that an immediate Order is warranted to maintain the status quo until the conclusion of a further hearing scheduled for April 16, 2025, at 2:30 p.m. Accordingly, it is hereby ORDERED that the [2](#) plaintiff's motion for a temporary restraining order is GRANTED until the conclusion of a further hearing scheduled for April 16, 2025. It is further ORDERED that the defendant shall not commence proceedings to remove the plaintiff from the United States while this Order is in effect absent further Order from the Court. It is further ORDERED that, on April 16, 2025, at 2:30 p.m., the parties shall appear before the Court for a further hearing on the [2](#) plaintiff's motion for a temporary restraining order. The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). Signed by Judge Reggie B. Walton on April 14, 2025. (lcrbw3) Modified on 4/15/2025. (zalh) (Entered: 04/14/2025) |
| 04/15/2025 | 10 | MEMORANDUM OPINION. Signed by Judge Reggie B. Walton on April 15, 2025. (lcrbw3) (Main Document 10 replaced on 4/16/2025) (zalh). (Entered: 04/15/2025) |
| 04/15/2025 | 11 | ORDER. In accordance with the Memorandum Opinion issued on this same date, it is hereby ORDERED that the plaintiff's [2](#) Application for Temporary Restraining Order or in the Alternative Preliminary Injunction is GRANTED IN PART AND HELD IN ABEYANCE IN PART. The motion is GRANTED to the extent it seeks a temporary restraining order until the conclusion of a further hearing scheduled for April 16, 2025. The motion is HELD IN ABEYANCE in all other respects pending a further hearing on the plaintiff's motion. It is further ORDERED that the defendant shall not commence proceedings to remove the plaintiff from the United States while this Order is in effect absent further Order from the Court. It is further ORDERED that, on April 16, 2025, at 2:30 p.m., the parties shall appear before the Court for a further hearing on the plaintiff's [2](#) Application for Temporary Restraining Order or in the Alternative Preliminary Injunction. The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). Signed by Judge Reggie B. Walton on April 15, 2025. (lcrbw3) (Entered: 04/15/2025) |
| 04/16/2025 | 12 | NOTICE OF SUPPLEMENTAL AUTHORITY by CHANDRAPRAKASH HINGE (Attachments: # [1](#) Exhibit A)(Brown, Steven) (Entered: 04/16/2025) |
| 04/16/2025 | | MINUTE ORDER. The public is permitted to attend the motion hearing currently scheduled for today, April 16, 2025, at 2:30 p.m., by calling 1-833-990-9400, and entering the Meeting ID 011366756. Signed by Judge Reggie B. Walton on April 16, 2025. (lcrbw3) (Entered: 04/16/2025) |
| 04/16/2025 | | MINUTE ORDER. In accordance with the oral rulings issued by the Court during the April 16, 2025, motion hearing, it is hereby ORDERED that the plaintiff's [2](#) Application for Temporary Restraining Order or in the Alternative Preliminary Injunction is GRANTED IN PART AND HELD IN ABEYANCE IN PART. The motion is GRANTED to the extent it seeks a temporary restraining order until the conclusion of a further hearing scheduled for April 17, 2025, at 10:00 a.m. The motion is HELD IN ABEYANCE in all other respects pending a further hearing on the plaintiff's motion. It is further ORDERED that the defendant shall not commence proceedings to remove the plaintiff from the United States while this Order is in effect absent further Order from the Court. It is further ORDERED that the parties shall meet and confer in order to propose Order language resolving the dispute between the parties. It is further ORDERED that, by 9:59 a.m. on April 17, 2025, the parties shall jointly file with the Court proposed order language resolving the dispute between the parties, if they are able to agree upon such proposed language. It is further ORDERED that, on April 17, 2025, at 10:00 a.m., the parties shall appear before the Court for a further hearing on the plaintiff's [2](#) Application for Temporary Restraining Order or in |

4/19/25, 11:08 AM
District of Columbia live database
Case 1:25-cv-00716-JPH-TAB    Document 27-6    Filed 04/21/25    Page 4 of 5 PageID #: 361

| | | |
|---|---|---|
| | | the Alternative Preliminary Injunction. The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). It is further ORDERED that, if the parties are able to agree upon and file proposed Order language resolving the dispute between the parties prior to the motion hearing scheduled for April 17, 2025, at 10:00 a.m., the Court will vacate that hearing. Signed by Judge Reggie B. Walton on April 16, 2025. (lcrbw3) (Entered: 04/16/2025) |
| 04/16/2025 | | MINUTE ORDER. The public is permitted to attend the motion hearing currently scheduled for April 17, 2025, at 10:00 a.m., by calling 1-833-990-9400, and entering the Meeting ID 011366756. Signed by Judge Reggie B. Walton on April 16, 2025. (lcrbw3) (Entered: 04/16/2025) |
| 04/16/2025 | | Minute Entry for telephonic proceedings held before Judge Reggie B. Walton: Further Motion Hearing held on 4/16/2025 re 2 Application for Temporary Restraining Order or in the Alternative Preliminary Injunction. Oral arguments heard. The parties shall submit a joint proposed order prior to 10:00 AM on 4/17/2025. Further Motion Hearing set for 4/17/2025 at 10:00 AM via teleconference (Audio Line Available) before Judge Reggie B. Walton. (Court Reporter: Chandra Kean) (zalh) Modified on 4/17/2025. (zalh) (Entered: 04/16/2025) |
| 04/17/2025 | 13 | RESPONSE TO ORDER OF THE COURT re Order,,,,,,,, Set Deadlines/Hearings,,,,,,, filed by TODD M. LYONS. (Carilli, Joseph) (Entered: 04/17/2025) |
| 04/17/2025 | | MINUTE ORDER. In light of the parties' 13 Joint Response to Court Order, it is hereby ORDERED that the motion hearing on the plaintiff's 2 Application for Temporary Restraining Order or in the Alternative Preliminary Injunction currently scheduled for April 17, 2025, at 10:00 a.m., is VACATED. Signed by Judge Reggie B. Walton on April 17, 2025. (lcrbw3) (Entered: 04/17/2025) |
| 04/17/2025 | 14 | ORDER. In accordance with the attached Order, it is hereby ORDERED that the plaintiff's 2 Application for Temporary Restraining Order or in the Alternative Preliminary Injunction is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART. The motion is GRANTED to the extent outlined in this Order, in accordance with the proposed language that was jointly filed by the parties in their 13 Joint Response to Court Order. The motion is DENIED in all other respects. It is therefore ORDERED that the defendant shall return the plaintiff's record in the Student and Exchange Visitor Information System ("SEVIS") to the Active status. It is further ORDERED that the defendant may not change or otherwise modify the plaintiff's record in SEVIS solely on the basis of his arrest on July 3, 2024, for a violation of Texas Transportation Code 545.401(b) and subsequent dismissal of charge on April 9, 2025, by the Dallas County Criminal Court. Signed by Judge Reggie B. Walton on April 17, 2025. (lcrbw3) (Entered: 04/17/2025) |
| 04/17/2025 | 15 | GENERAL ORDER FOR CIVIL CASES BEFORE THE HONORABLE REGGIE B. WALTON. Signed by Judge Reggie B. Walton on April 17, 2025. (lcrbw3) (Entered: 04/17/2025) |
| 04/18/2025 | 16 | ORDER. In accordance with the attached Order, and in light of the Court's 14 Order that was issued on April 17, 2025, it is hereby ORDERED that, on or before April 25, 2025, the parties shall file a notice with the Court indicating whether, given the Court's 14 Order, this case should be closed or, if the parties determine that this case should not be closed, how they wish to proceed towards closure of the case. Signed by Judge Reggie B. Walton on April 18, 2025. (lcrbw3) (Entered: 04/18/2025) |

**PACER Service Center**

| **Transaction Receipt** ||||
|---|---|---|---|
| 04/19/2025 11:06:53 ||||
| **PACER Login:** | steviepactor | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-01097-RBW |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |