Query   Reports   Utilities   Help   Log Out

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:25-cv-10904-PBS

| | |
|---|---|
| Doe v. Noem et al | Date Filed: 04/11/2025 |
| Assigned to: District Judge Patti B. Saris | Jury Demand: None |
| Cause: 05:702 Administrative Procedure Act | Nature of Suit: 465 Other Immigration Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Jane Doe**     represented by   **Kerry E. Doyle**
Demissie Law Of Counsel
88 Broad Street
Ste 101
Boston, MA 02110
617-216-1248
Email: kdoyleesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen James Antwine**
Green & Spiegel, LLC
1524 Delancey Street
4th Floor
Philadelphia, PA 19102
484-288-9755
Email: santwine@gands-us.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kristi Noem**
*Secretary of the U.S. Department of Homeland Security*

**Defendant**

**U.S. Department of Homeland Security**

**Defendant**

**Todd Lyons**
*Acting Director, U.S. Immigration and Customs Enforcement*

**Defendant**

4/16/25, 2:51 PM
Case 1:25-cv-00716-JPH-TAB   Document 27-8   Filed 04/21/25   Page 2 of 4 PageID #: 379
CM/ECF - USDC Massachusetts - Version 1.8.2 as of 12/23/2024

U.S. Immigration and Customs Enforcement

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2025 | 1 | COMPLAINT against Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement Filing fee: $ 405, receipt number AMADC-10947669 (Fee Status: Filing Fee paid), filed by Jane Doe. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, US Attny, # 3 Summons, Noem, # 4 Summons, ICE, # 5 Summons, AG, # 6 Summons, Lyons, # 7 Summons, DHS)(Doyle, Kerry) (Entered: 04/11/2025) |
| 04/11/2025 | 2 | First MOTION for Leave to Appear Pro Hac Vice for admission of Stephen J. Antwine Filing fee: $ 125, receipt number AMADC-10947858 by Jane Doe. (Attachments: # 1 Supplement Certificate of Good Standing)(Doyle, Kerry) (Entered: 04/11/2025) |
| 04/11/2025 | 3 | **ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a Local Category Form. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents- Civil Cover Sheet & Category Sheet. (FGD) (Entered: 04/11/2025) |
| 04/11/2025 | 4 | ELECTRONIC NOTICE of Case Assignment. District Judge Patti B. Saris assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (JKK) (Entered: 04/11/2025) |
| 04/11/2025 | 5 | General Order 19-02, dated June 1, 2019 regarding Public Access to Immigration Cases Restricted by Federal Rule of Civil Procedure 5.2(c). (FGD) (Entered: 04/11/2025) |
| 04/11/2025 | 6 | Summons Issued as to Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (FGD) (Entered: 04/11/2025) |
| 04/11/2025 | 7 | District Judge Patti B. Saris: ELECTRONIC ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Stephen J. Antwine. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (CGK) (Entered: 04/11/2025) |
| 04/14/2025 | 8 | Category Form by Jane Doe re 1 Complaint (Doyle, Kerry) Modified docket text on 4/15/2025 in accordance with document filed. (CGK). (Entered: 04/14/2025) |
| 04/14/2025 | 9 | MOTION for Temporary Restraining Order, Preliminary Injunction Docket entry in accordance with relief motion filed, Added MOTION for Preliminary Injunction on 4/15/2025 (CGK). (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 10 | ELECTRONIC NOTICE Setting Hearing on Motion 9 MOTION for Temporary Restraining Order : <br><br> Motion Hearing set for 4/15/2025 03:45 PM in by video before District Judge Patti B. Saris. <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. <br><br> Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. <br><br> (LK) (Entered: 04/14/2025) |
| 04/15/2025 | 11 | District Judge Patti B. Saris: ORDER entered re 9 MOTION for Temporary Restraining Order, Preliminary Injunction by Jane Doe. <br><br> Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, it is hereby **ORDERED** that Defendants Kristi Noem, Todd Lyons, and any agents acting under their authority or control are temporarily restrained from: <br><br> (1) arresting or detaining Plaintiff under 8 U.S.C. § 1226(a), or removing her for being unlawfully present in the United States without legal status, based on the revocation of her F-1 visa or the termination of her SEVIS status; <br> (2) terminating Plaintiff's SEVIS status; <br> (3) if Plaintiff is arrested or detained, from transferring her outside the District of Massachusetts, until 5:00 p.m. on Wednesday, April 23, 2025, when the next hearing on the preliminary injunction will be held. This order is subject to such further extension by the Court as may be appropriate. <br> (CGK) . (Entered: 04/15/2025) |
| 04/15/2025 | 12 | Electronic Clerk's Notes for proceedings held before District Judge Patti B. Saris: <br><br> Hearing held re: TRO on 4/15/2025 by video. <br><br> TRO granted, see Order docket #11 for further details. <br><br> Further hearing scheduled for 4/23/2025 at 11:00 AM by video. <br><br> (Atty present: Ausa Farquhar, Atty Doyle, Antwine) <br><br> (Court Reporter: Lee Marzilli at leemarz47@gmail.com.) (MM) (Entered: 04/15/2025) |
| 04/15/2025 | 13 | ELECTRONIC NOTICE SETTING HEARING by video on 9 MOTION for Preliminary Injunction : <br><br> MOTION HEARING SET FOR 4/23/2025 11:00 AM by video before District Judge Patti B. Saris. |

4/16/25, 2:51 PM
Case 1:25-cv-00716-JPH-TAB    Document 27-8    Filed 04/21/25    Page 4 of 4 PageID #: 381
CM/ECF - USDC Massachusetts - Version 1.8 as of 12/23/2024

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.

Audio access to the hearing may be available to the media and public. Please check the [Court schedule](). In order to gain access to the hearing, you must sign up at the following address: [https://forms.mad.uscourts.gov/courtlist.html]().

For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on [www.mad.uscourts.gov]() or contact the session [here]().

(CGK) (Entered: 04/15/2025)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/16/2025 14:51:26 | | | |
| **PACER Login:** | steviepactor | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-10904-PBS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |