UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HUADAN ZHENG, <br> a/k/a CARRIE ZHENG, <br><br> Plaintiff, <br><br> v. <br><br> TODD LYONS, Acting Director, U.S. <br> Immigration and Customs Enforcement, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-cv-10893-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## TEMPORARY RESTRAINING ORDER

**SAYLOR, C.J.**

After reviewing the complaint, the application for a temporary restraining order, and related filings, for good cause shown, and pursuant to Fed. R. Civ. P. 65, the Court hereby orders as follows:

1. Defendant Todd Lyons, Acting Director, United States Immigration and Customs Enforcement, and any agents acting under his authority or control, are temporarily restrained (a) from arresting or detaining plaintiff Huadan Zheng, a/k/a Carrie Zheng, under 8 U.S.C. § 1226(a), or otherwise for being unlawfully present in the United States without legal permission or authority, based on the termination or revocation of her F-1 student visa, or (b) if plaintiff has already been arrested or detained, transferring her outside the District of Massachusetts, until 5:00 p.m. on Wednesday, April 16, 2025. This order is subject to such further extension by the Court as may be appropriate

2. This order is issued without notice to the United States because there are specific facts set out in the affidavits and pleadings that clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the United States can be heard in opposition and the

movant's attorney has certified in writing any efforts made to give notice to the United States and the reasons why it should not be required.

3.       Plaintiff is ordered to serve a copy of this Temporary Restraining Order, the Complaint, the Summons, and the Motion and Application for Temporary Restraining Order and related filings on the United States Attorney for the District of Massachusetts by 11:59 p.m. on Friday, April 11, 2025, and to complete service in accordance with Fed. R. Civ. P. 4(i)(2) by 5:00 p.m. on Monday, April 14, 2025.

4.       Defendant shall file any opposition or response to the application for a temporary restraining order by the close of business on Wednesday, April 16, 2025.

5.       A hearing shall be held on Thursday, April 17, 2025, at 3:30 p.m., in Courtroom 10.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated at Boston, Massachusetts, April 11, 2025, 3:15 p.m.