# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY AND TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | No. 1:25-CV-00716-JPH-TAB |

## CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| **Document** | **Page** |
|---|---|
| 1. Email from Homeland Security Investigations (HSI) Assistant Director Andre Watson to Shane Myers, U.S. Department of State, *SEVIS NCIC Hits – Letter Request for Consideration*, April 1, 2025. | AR001 |
| 2. Letter from Assistant Director Andre Watson to Acting Principal Deputy Assistant Secretary, Shane Myers, *Re: SEVIS NCIC Hits* and attached March 31st spreadsheet.  Includes extraction of entry regarding Plaintiff. | AR002-AR018 |
| 3. Email from U.S. Department of State to Homeland Security Investigations, *FW: Draft Email for [REDCATED] to send to DHS: For DHS – Delta List by valid and no valid visa* and attached April 2nd spreadsheet. | AR019-AR032 |