AR001

| | |
|---|---|
| **From:** | Watson, Andre R (HSI) |
| **To:** | Myers, Shane I |
| **Cc:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇ ; ▇▇▇▇▇▇▇▇ |
| **Subject:** | SEVIS NCIC Hits - Letter Request for Consideration |
| **Date:** | Tuesday, April 1, 2025 4:58:00 PM |
| **Attachments:** | SEVIS NCIC (NSLD 2025.04.01).pdf<br>DELTA Student Criminal Alien Initiative - SEVIS Matches Mar 31.xlsx<br>image001.png |

Good afternoon Shane:

In furtherance of our Student Criminal Alien Initiative, the attached letterhead memo and spreadsheet containing positive NCIC hits for 735 foreign students are respectfully submitted for your review and any action deemed appropriate.

The spreadsheet is password protected.  The password will follow in a separate email.

Standing by for additional requirements and thank you very much for your support

Best,
Andre

_____

**Andre R. Watson**
**Assistant Director**
U.S. Department of Homeland Security | U.S. Immigration and Customs Enforcement
Homeland Security Investigations | National Security Division
Office: ▇▇▇▇▇▇▇▇ | Cell: ▇▇▇▇▇▇▇▇



AR001

A4872

*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to provide the attached spreadsheet containing positive NCIC hits of current foreign students for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at ███████████.

                                               Respectfully,

ANDRE R WATSON
Digitally signed by ANDRE R WATSON
Date: 2025.04.01 16:52:35 -04'00'

Andre R. Watson
Assistant Director
National Security Division



LAW ENFORCEMENT SENSITIVE

AR002