





























| ID | FBI Number | Status | In/Out Country | LAST_NAME | FIRST_NAME | DOB | FIN | SEVIS ID | Arrest Date | Local Case Number | Arrest Agency | Arrest Charge Literal | Arrest Charge Statute | Arrest - Mapped NCIC Code | Arrest NCIC Code | Court Name | Court Charge Literal | Court Charge Statute | Court - Mapped NCIC Code | Court NCIC Code | Court Disposition | Disposition Date | Sentencing | Arrest Cycle | State Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 731 | T814T7LNE | | In Country | LIU | CHANG | 09/23/1997 | 1166355244 | N0034501732 | 01/03/2018 | CBCHX941010318144934 | ILCBP0200 CBP- CHICAGO O HARE CHICAGO | ALIEN INADMISSIBILITY UNDER SECTION 212 | | | | | | | | | | | | 1 | FB |