AR019

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Draft Email for ▮ to send to DHS: For DHS - Delta List by valid and no valid visa |
| **Date:** | Wednesday, April 2, 2025 3:50:29 PM |
| **Attachments:** | For DHS - Delta List Valid and No Valid Visa.xlsx |

Please terminate all in SEVIS.



Division Chief
Homeland Security Investigations
National Security Division
Counterterrorism Division
Cell:

---

**From:** ▮ <J▮@state.gov>
**Sent:** Wednesday, April 2, 2025 3:35 PM
**To:** ▮ <▮@hsi.dhs.gov>; ▮ <▮@hsi.dhs.gov>
**Cc:** ▮ <▮@state.gov>; ▮ <▮@state.gov>; ▮ <▮@state.gov>
**Subject:** FW: Draft Email for ▮ to send to DHS: For DHS - Delta List by valid and no valid visa

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

▮ and ▮,

We've run the Delta data against our systems.

- The first tab lists individuals with valid visas – how would you like us to prioritize revocations of these visas? ▮
- The second tab is students without a valid visa. We request that DHS terminate SEVIS status for these individuals as there is no valid visas for us to revoke and they were admitted under duration of status."

Regards,

▮

SENSITIVE BUT UNCLASSIFIED

AR019





SENSITIVE BUT UNCLASSIFIED

AR001



SENSITIVE BUT UNCLASSIFIED

AR002



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED

AR004





SENSITIVE BUT UNCLASSIFIED     AR006



SENSITIVE BUT UNCLASSIFIED





AR015



SENSITIVE BUT UNCLASSIFIED

AR080



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED