🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



# SEVIS HELP HUB
## Terminate a Student

Home \ SEVIS Help Hub \ Student Records \ Completions and Terminations \ **Terminate a Student**

# TERMINATE A STUDENT

Last updated: November 7, 2024

## Quick Links:

- Overview
- Effects of Termination
- Grace Periods after a Termination
- Termination versus Other End of Program Actions
- Terminate a Student Record
- Manage Terminated Records

### SEVIS Help Hub Navigation

**Student Records**

Classification of Instructional Programs (CIP)

Dependents

Request/Authorization Details

Sample Form I-20

 Official website of the Department of Homeland Security

[Translate this page](#)

A terminated record in the Student and Exchange Visitor Information System (SEVIS) could indicate that the nonimmigrant no longer maintains F or M status. Designated school officials (DSOs) mostly terminate F-1/M-1 students and/or F-2/M-2 dependents who do not maintain their status. However, termination is not always negative. DSOs can terminate records for several normal, administrative reasons.



Prior to terminating a record be sure:

- Termination is the proper action to take.
- To use the right termination reason.

It is possible to terminate F-2 or M-2 records independently of their primary F-1 or M-1 student.

For more information on SEVIS terminations, see SEVIS Help Hub articles:

- Termination Reasons

**Completions and Terminations**

Complete Program

**Terminate a Student**

Termination Reasons

Corrections and Correction Requests

F/M Status

F/M Student Employment

Manage Program Dates, Registration and Course Load

Transfers

Update Student Records

4/15/25, 8:47 PM                    Case 1:25-cv-00716-JPH-TAB   Document 31-2   Filed 05/05/25   Page 3 of 19 PageID
                                                                                       Terminate a Student | Study in the States
                                                                            #: 551
🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

## Effects of Termination



When an F-1/M-1 SEVIS record is terminated, the following happens:

- Student loses all on-and/or off-campus employment authorization.
- Student cannot re-enter the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the student.
- Any associated F-2 or M-2 dependent records are terminated.

## Grace Periods after a Termination

| Termination Reason | Duration of Status |
|---|---|
| **Termination for any violation of status** | - **No grace period.**<br>- If the student and dependents are still in the United States, the student must either apply for reinstatement, or the student and dependents must leave the United States immediately. |
| **Authorized Early Withdrawal** | Student and any accompanying dependents must leave the United States within 15 days of termination date.<br><br>**Important Note**: This grace period only applies to F-1 students and their dependents. It does not apply to M-1/M-2 students and dependents. |
| **Change of Status Approved** | - Student F 1/M 1 status ends, and student enters newly authorized immigration status.<br>- Student must follow the authorized stay requirements of the new immigration status. |
| **Change of Status Denied** | - Nonimmigrant requests a change of status (COS) to F 1 or M 1 and is denied. |

4/15/25, 8:47 PM                              Case 1:25-cv-00716-JPH-TAB     Document 31-2   Filed 05/05/25    Page 5 of 19 PageID
                                                                    Terminate a Student | Study in the States
                                                          #: 553
🇺🇸 Official website of the Department of Homeland Security

Translate this page

| | status while the COS to F/M was pending, the student remains in previous nonimmigrant status and must follow the authorized stay requirements of that status. |

 *Preparation for Departure* 8 CFR 214.2(f)(5)(iv)

## Termination versus Other End of Program Actions

The table below lists the program ending actions and when a DSO should use them:

| Action | Use It When |
| --- | --- |
| **Cancel SEVIS Record in Initial Status** | - The record is in Initial status.<br>- The student has not/will not use the Initial Attendance |

4/15/25, 8:47 PM                    Case 1:25-cv-00716-JPH-TAB      Document 31-2  Filed 05/05/25    Page 6 of 19 PageID
                                                                   Terminate a Student | Study in the States
                                                              #: 554
🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

| | |
|---|---|
| | **Note:** This cancels all associated dependent records. |
| **Complete Program** | - The record is Active.<br>- The student has both:<br>  - Graduated or completed his/her course of study<br>  - Left or plans to leave the United States in the immediate future. |
| **Shorten Program** | - The record is Active.<br>- The student will finish the program earlier than the current program end date in the record. |
| **Terminate Record** | - The record is in Initial or Active status.<br>- The student did not maintain F/M status per regulations.<br><br>Important Note: A DSO can manually terminate a canceled record, but the action will show as a correction in event history. |

4/15/25, 8:47 PM    Case 1:25-cv-00716-JPH-TAB    Document 31-2    Filed 05/05/25    Page 7 of 19 PageID
                                                        Terminate a Student | Study in the States
                                                                      #: 555

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

1. Go to the [Student Information](#) page.



2. Click **Terminate Student**. The *Terminate Student* page opens.

4/15/25, 8:47 PM                   Case 1:25-cv-00716-JPH-TAB    Document 31-2  Filed 05/05/25   Page 8 of 19 PageID
                                                           Terminate a Student | Study in the States
                                                             #: 556

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



You cannot terminate the Initial record of a student, who is requesting a change of education level, if the previous record is still Active. In this case, from the *Student Information* page you must:

- **First**: Cancel Change Education Level for the Active record.
- **Second**: Terminate the Active record.

4/15/25, 8:47 PM	Case 1:25-cv-00716-JPH-TAB   Document 31-2   Filed 05/05/25   Page 9 of 19 PageID
Terminate a Student | Study in the States
#: 557

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



3. Select a T**ermination Reason** from the drop-down list.

- **Absent from Country for Five Months**

- **Authorized Drop Below Full Course Time Exceeded**

4/15/25, 8:47 PM                                  Case 1:25-cv-00716-JPH-TAB    Document 31-2    Filed 05/05/25    Page 10 of 19 PageID
                                                                                       #: 558
                                                                       Terminate a Student | Study in the States

🇺🇸 Official website of the Department of Homeland Security                                                                                🇺🇸

                                                                                                                 Translate this page

- Change of Status Withdrawn
- **Death**
- **Denied Transfer (M-1 student only)**
- **Expulsion**
- **Extension Denied**
- **Failure to Enroll**
- **Failure to Report While on OPT**
- **No Show – Manual Termination**
- **Otherwise Failing to Maintain Status:** If you select this termination reason, enter an explanation in the text box provided.
- **Suspension**
- **Transfer Student No Show**
- **Transfer Withdrawn (M-1 student only)**
- **Unauthorized Drop Below Full Course**
- **Unauthorized Employment**
- **Unauthorized Withdrawal**
- **Violation of Change of Status Requirements**

See [Student Termination Reasons Available in SEVIS to DSOs](#) in SEVIS Help Hub

4/15/25, 8:47 PM    Case 1:25-cv-00716-JPH-TAB    Document 31-2    Filed 05/05/25    Page 11 of 19 PageID
Terminate a Student | Study in the States
#: 559
Official website of the Department of Homeland Security

Translate this page

4. Enter any optional comments in the **Remarks** field. This field has a 1,000-character limit.

 Comments entered in the **Remarks** field will overwrite existing remarks on page one of the printed Form I-20.

5. Click one of the following:

- **Terminate Student**: Terminates the student. A *Confirm* page opens.



- Click **No** to cancel the action and return to the *Student Information* page.

4/15/25, 8:47 PM                                Case 1:25-cv-00716-JPH-TAB          Document 31-2    Filed 05/05/25    Page 12 of 19 PageID
                                                                     Terminate a Student | Study in the States
                                                                             #: 560
🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



- Click **Return to View Record** to view the *Student Information* page.
- Click **Print I-20** to print a copy of the student's Form I-20.

- **Reset Values**: Clears all fields on the page.
- **Cancel**: Cancels the termination action and return to the *Student Information* page.

## Manage Terminated Records

You may need to take one of the following actions on terminated SEVIS records:

- View [lists of students in terminated status or soon to be terminated](#):
    - Students Terminated Due to Change of Status Approved

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

- Terminated Status Students (in past 18 months)
- Correct Termination Reason, if the termination reason in SEVIS is wrong.
- Correct Student SEVIS Status, if the record was terminated:
  - For authorized early withdrawal and the student is returning after an absence of less than five months.
  - Incorrectly by a DSO, SEVIS, or a government official.
- Request Reinstatement if the student violated status and will try to regain status without leaving the United States.


- See 8 CFR 214.2(f)(16)(i) for F-1 eligibility criteria.
- See 8 CFR 214.2(m)(16)(i) for M-1 eligibility criteria.


See the Reinstatement article.

4/15/25, 8:47 PM  Case 1:25-cv-00716-JPH-TAB   Document 31-2   Filed 05/05/25   Page 14 of 19 PageID #: 562
Terminate a Student | Study in the States

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



Regaining status through travel will restart that student's F-1 or M-1 status and benefits clock over again.

**Note**: You must create a new SEVIS record, and the student must pay the I‑901 SEVIS fee again.

# WHAT'S NEW

🇺🇸 Official website of the Department of Homeland Security

Translate this page



# Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

Read more on the blog

4/15/25, 8:47 PM
Case 1:25-cv-00716-JPH-TAB    Document 31-2    Filed 05/05/25    Page 16 of 19 PageID #: 564
Terminate a Student | Study in the States
🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)



# Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

Read more on the blog

# ICON GUIDE

See the SEVIS Help Icons on the SEVIS Help Hub for a quick-reference of the icons used in this user guide.

4/15/25, 8:47 PM
Terminate a Student | Study in the States
Case 1:25-cv-00716-JPH-TAB     Document 31-2     Filed 05/05/25     Page 17 of 19 PageID #: 565

Official website of the Department of Homeland Security

[Translate this page](#)

# CONTACT US

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

---


SEVP@ice.dhs.gov


ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

◯ Yes    ◯ No

Submit

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

## About

[About Study in the States](#)

[About SEVIS](#)

[Contact Us](#)

## Help

[Accessibility](#)

[Metrics](#)

[Privacy Policy](#)

[Site Index](#)

## Partners

[Department of State](#)

[Department of Education](#)

[Department of Commerce](#)

[Department of Labor](#)

[Department of Justice](#)