

# SEVIS HELP HUB

## Reinstatement COE (Form I-20)

Home \ SEVIS Help Hub \ Student Records \ Certificates of Eligibility \ Reinstatement COE (Form I-20)

# REINSTATEMENT COE (FORM I-20)

Last updated: January 18, 2023

SEVIS Help Hub Navigation

Student Records

Classification of Instructional Programs (CIP)

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

- Submit Request Reinstatement
- Edit Reinstatement Request
- Cancel Reinstatement Request

Details

Sam

- Withdraw Reinstatement Request Pending with USCIS

Expand All | Collapse All

General Information

Designated school officials (DSO), Department of Homeland Security (DHS) adjudicators, and the Student and Exchange Visitor Information System (SEVIS) terminate student records for many reasons. Sometimes DSOs must help a student regain Active status in SEVIS after the record was terminated or completed.

## Options to Regain Active Status in SEVIS

This chart gives a brief overview of three functions that can be used for students to regain Active status in SEVIS. The DSO must decide which option is most appropriate. This document focuses on the reinstatement process. Use the hyperlinks to learn more about the other processes.

| Action | Use When |
| --- | --- |
| | • Failed to maintain the terms of his or her immigration status; therefore, a DSO |

Student Information
Certificates of Eligibility
Reinstatement COE (Form I-20)
COE (Form I-20) Mass Reprint
Change Education Level
Create Initial COE (Form I-20)
Reprint Form I-20
SEVIS Remarks on the COE (Form I-20)
Completions and F/M Status

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

| Action | Use When |
| --- | --- |
| | terminated the record as a result.<br>• Will resume full-time study.<br>• Can prove eligibility for reinstatement according to F-1 or M-1 regulations. |
| Leave the United States and re-enter on a new SEVIS record | • The student is not eligible for reinstatement. For example, the student worked without permission.<br>Or<br>• The student cannot wait for the time it takes the U.S. Citizenship and Immigration Services (USCIS) to decide a reinstatement case.<br>**Note:** For this option, the student must both:<br>• Get a new SEVIS number and a new Form I-<br>at 8 CFR 214.2(f)(8)(i). |

F/M Student Employment
Manage Program Dates, Registration and Course Load
Transfers
Update Student Records
SEVIS Basics
School Records

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES
Translate this page

## Reinstatement Eligibility, Regulations and Policy Guidance

DSOs must know the regulations and policies that apply to reinstatement for lawful immigration status.

In general, to be eligible for reinstatement, the student must:

- Not be out of status for more than five months at the time of filing or show the exceptional circumstance that prevented filing in that time frame.
- Not have a record of repeated or willful violations of regulations.
- Not have worked without authorization.
- Be pursuing or intend to pursue a full course of study in the immediate future at your school.
- Not be deportable for any reason other than failing to maintain F-1 or M-1 status.
- Be able to show that:
  - Circumstances beyond the student's control caused the status violation.
  - Student fell below a full course load for a reason the DSO could have used to authorize a reduced course load, and the student would experience extreme hardship, if the student fails to get reinstatement.

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page



Read the full reinstatement regulations to understand the specific eligibility criteria and what the student needs to provide to USCIS:

- F-1 reinstatement: 8 CFR 214.2(f)(16).
- M-1 reinstatement: 8 CFR 214.2(m)(16)

## Process at a Glance

The reinstatement process in SEVIS is simple; but it can take USCIS some time to adjudicate.

| Step | Player | Action |
|---|---|---|
| 1 | DSO | • Recommends reinstatement in SEVIS.<br>• Prints and signs the Form I-20, Certificate of Eligibility for Nonimmigrant Student Status, issued |
| | | Extend/Change Nonimmigrant Status, to USCIS with fee and supporting documents. |

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

| Step | Player | Action |
|---|---|---|
| | | **Note:** The Form I-539, Instructions for Application to Extend/Change Nonimmigrant Status, lists the required documents to submit with the Form I-539.<br>**Note:** If the student has been out of status for more than five months, he or she must also:<br>• Pay the SEVIS I-901 fee again.<br>• Explain why the reinstatement application could not be filed sooner. |
| 3 | USCIS | • Accepts/rejects the application.<br>• Makes a decision and mails it to the student.<br>**Note:** USCIS may request additional information. USCIS will send all correspondence related to the application to the mailing address on the Form I-539. |
| | | • SEVIS automatically emails the decision to the DSO |

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

| Step | Player | Action |
|---|---|---|
| 4 | Student | • If approved for reinstatement to a new program, the student enrolls for the program, as indicated on the Form I-20.<br>• If approved for reinstatement to a continuing program, the student resumes a full course of study, if he or she has not already done so.<br>• If denied, the student follows the instructions in the denial notice. |
| 4a | DSO | • If approved for reinstatement to a new program, the DSO must follow the registration processes for the initial session at the school.<br>• If approved for reinstatement to a continuing program, the DSO must register the student within 30 days and make sure the session dates are correct. |
| 4b | SEVIS | If denied, SEVIS closes the reinstatement request. |

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

## Reinstatements and the “Five-Month Deadline”

A student can file for reinstatement at any time. These cases are harder if more than five months have passed since the record terminated or completed. If the student is:

- Within the first five months, the student must explain:
  - Why the record was terminated.
  - How the student plans to maintain F-1 or M-1 status.
- After the five-month mark, the student must:
  - Pay the I-901 SEVIS Fee.
  - Explain:
    - Why the record was terminated.
    - Why her or she could not file within the first five months.
    - How the student plans to maintain F-1 or M-1 status.

The "Students Nearing Reinstatement Deadline" Alert List helps DSOs monitor potential cases, which are exempt from another I-901 SEVIS Fee and that still qualify for reinstatement in the lower threshold of the first five-month timeframe.

 Read the SEVIS Help Hub article on Alerts and Lists to learn how to use alerts and lists.

## Alert List: Terminated Students Nearing Their Reinstatement Deadline

This alert list includes student records terminated between 90 to 150 days ago. The list includes the students':

- SEVIS ID
- Class of Admission
- Surname/Primary Name
- Given Name
- Termination Date
- Termination Reason

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page



Terminated Students Nearing Their Reinstatement Deadline
180 Day Email School - Main Campus TEST

This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. This information shall not be distributed beyond the dhs.gov network without prior authorization of the originator. If the "Eligible for Registration" column indicates that the student is not eligible, the student's record must be updated before registration. The Student Information page shows what information is needed. See Help for more details.

Show 20 entries

| SEVIS ID | Class of Admission | Surname/Primary Name | Given Name | Termination Date | Termination Reason |
|---|---|---|---|---|---|
| N0004716970 | F-1 | Barnie | Calliou | 01/22/2016 | NO SHOW - SYSTEM TERMINATION |

Excel CSV PDF Print Copy

Showing 1 to 1 of 1 entries

First Previous 1 Next Last

## Student List: Students Requesting Reinstatement

This list includes the students that the DSO has requested reinstatement for; but whose reinstatement requests are pending approval by USCIS. The list includes the following for each student:

- SEVIS ID
- Class of Admission
- Surname/Primary Name
- Given Name

Official website of the Department of Homeland Security

Translate this page



**Students Requesting Reinstatement**

**SEVP School for Advanced SEVIS Studies - SEVP School for Advanced SEVIS Studies**

This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5. U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. This information shall not be distributed beyond the dhs.gov network without prior authorization of the originator. If the "Eligible for Registration" column indicates that the student is not eligible, the student's record must be updated before registration. The Student Information page shows what information is needed. See Help for more details.

Show 20 entries

| SEVIS ID | Class of Admission | Name Surname/Primary | Given | Request Date |
|---|---|---|---|---|
| N0004706988 | F-1 | McCoy | Leonard | 06/24/2015 |

Excel CSV PDF Print Copy

Showing 1 to 1 of 1 entries First Previous 1 Next Last

## Recommend Reinstatement

Reinstatement recommendations have two SEVIS pages:

Official website of the Department of Homeland Security

Homeland
Security

STUDY in the STATES

Translate this page

1. Go to the *Student Information* page for the student.



2. Click **Request Reinstatemen**t link on the left side of the page. The *Student Reinstatement: Contact and Program Information* page opens.

## Student Reinstatement: Contact and Program Information Page





**Student Reinstatement**

Contact and Program Information

SEVP School for Advanced SEVIS Studies

SEVIS ID: N0004705846

Required fields are marked with an asterisk (*)

**Class of Admission** F-1

Contact

**Foreign Address** *

**Address** *

1 Glasgow Blvd

**City**

Glasgow

**Province/Territory Postal Code**

**Country:** *

UNITED KINGDOM

**U.S Physical Address** *

**U.S Address is not required for Border Commuter**

**Border Commuter**

Edit Address

10000 Nancy Lane

Fort Washington MD 20744

**U.S Mailing Address**

**Same as Physical Address**

Add Mailing Address

**Email Address:**

**Enter an email address where the student can be reached. This can be a personal or school-issued email address. Email is not required for F-1 students in K-12 or M-1 students under the age of 14.**

Telephone

**Select one of the three telephone options for students. Telephone is not required for F-1 students in K-12 or M-1 Students under the age of 14.**

**Student does not have a telephone number.**

**Foreign Telephone**

+ -

Country Code Number

**US Telephone**

( ) -

Program

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

**Initial Session Start Date** *

MM / DD / YYYY

**Initial Session Start Date: Enter the date classes begin for the student. This may be the same as the Program Start Date.**

**Education Level:** *

DOCTORATE

4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 14 of 44 PageID #: 581
Reinstatement COE (Form I-20) | Study in the States

Major Code 1 *
54.0104
Select
History and Philosophy of Science and Technology
Major Code 2 *
00.0000
Select
None
No Major 2
Minor Code *
00.0000
Select
None
No Minor
English Proficiency:
Is English proficiency required by the school? *
Yes No
Does the student have the required English Proficiency? *
Yes No
Next
Cancel

The *Student Reinstatement: Contact and Program Information* page has four sections:

- Contact
- Telephone
- Program
- English Proficiency

The fields on this page will display any existing information. The fields can be edited.

## Contact

Official website of the Department of Homeland Security

Translate this page

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 14/44






- **Foreign Address***
    - Enter the student's foreign address. All nonimmigrant students must have a foreign address, even if they are currently in the United States.
    - The Address and Country are required fields.
- **U.S. Physical Address**
    - Click **Add Address** to enter a U.S. address for the student, if they have one.

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

    - If the student is a commuter student whose Country of Citizenship is Mexico or Canada, click the **Border Commuter** checkbox. The U.S. address is not required for these students.

See the SEVIS Help Hub article on SEVIS Address Standards for detailed information.

- **U.S. Mailing Address**
  - Click **Add Mailing Address** to enter a mailing address for the student, if they have one.

**Note:** U.S. addresses are subject to validation.

- If the U.S. mailing address is the same as the U.S. physical address, click the **Same as Physical Address** checkbox.

See the SEVIS Help Hub article on SEVIS Address Standards for detailed information.

Official website of the Department of Homeland Security

Translate this page

 See the SEVIS Help Hub article on SEVIS Email Standards for detailed information.

## Telephone

Complete or update the three fields in the *Telephone* section, if needed:

Telephone

**Select one of the three telephone options for students. Telephone is not required for F-1 students in K-12 or M-1 Students under the age of 14.**

☐ **Student does not have a telephone number.**

**Foreign Telephone**

+ [ ] - [ ]

Country Code Number

**US Telephone**

( [ ] ) [ ] - [ ]

**Note:** DSOs are required to provide information in only one of these fields:

- **Student does not have a telephone number** – Click checkbox, if the student has told you they do not have a telephone number.

Official website of the Department of Homeland Security

Translate this page

**Note:** Telephone is not required for F-1 students in K-12 or M-1 students under the age of 14.

4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 18 of 44 PageID #: 585
Reinstatement COE (Form I-20) | Study in the States

# Program

Complete or update the fields in the *Program* section:

Program

Program Start Date: *
09 / 01 / 2015

The Program Start Date is the date the student will report to school. This may or may not be the same as the start of classes. The Program End Date is the date the student is expected to finish the program of study.

Program End Date: *
05 / 30 / 2022
The length of this program is 80 months

Initial Session Start Date *
MM / DD / YYYY

Initial Session Start Date: Enter the date classes begin for the student. This may be the same as the Program Start Date.

Education Level: *
DOCTORATE

Major Code 1 *
54.0104
Select
History and Philosophy of Science and Technology

Major Code 2 *
00.0000
Select
None
No Major 2

Minor Code *
00.0000
Select
None
No Minor

All program and session dates entered in SEVIS must correspond to your school's academic calendar.

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

- Enter the date that the student will begin his or her program. This date does not change if the student is continuing to pursue the same original

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 18/44

program.

- This may be the date of any required orientations or other activities before the start of classes.
- This is a required field.

Schools can choose to enter the Program Start Date and the Initial Session Start Date as the same date. In any case, the Program Start Date cannot be more than 30 days before the Initial Session Start Date.

- **Program End Date***
  - Enter the expected date of completion of the academic or vocational program.
  - Do not consider grace periods or any future employment authorizations.

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

- This date cannot be more than 30 days from the Program Start Date.
- This is a required field.

- SEVIS allows DSOs to enter a date in the past.

**Note:** Registration deadlines and alerts are tied to this date.

**Education Level***

Select the level of education pursued by the student from the drop-down list. The options include:

- Primary: Primary indicates the student is in grades K-8 at a private school, or its equivalent.

**Note**: If you select Primary, SEVIS will automatically enter the classification of instructional program (CIP) code for “Primary School” (90.0101) into the Major Code 1 field. This cannot be edited.

Classification of Instructional Programs (CIP) codes are a list of numbers assigned to specific fields of study. The U.S. Department of Education (ED) manages this list to better track and report fields of

Official website of the Department of Homeland Security

Homeland
Security

STUDY in the STATES

Translate this page

- Secondary: Secondary indicates the student is in grades 9-12 at a private or public school, or their equivalent.

**Note:** If you select **Secondary**, there are ten acceptable CIP codes.

(1) Click **Select** under the **Major Code 1** field to display the acceptable CIP codes.

(2) Select the **CIP code number** link for the desired code.

- Associate
- Bachelor's
- Master's
- Doctorate
- Language Training

**Note:** If you select **Language Training**, SEVIS will enter the "Second Language Learning" CIP code (32.0109) into the **Major Code 1** field automatically. This cannot be edited.

- Other

**Note**: If you select **Other**, an **If Other, enter here** field appears. You must describe the education level here. This is a required field.

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page



DSOs can only choose from three levels of education for M-1 students who seek reinstatement:

- High School
- Flight Training
- Other Vocational School

- Level of education must be selected before entering the Major codes.
- This is a required field.

- Most post-secondary schools have a set list of CIP codes approved by ED for

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

Office) for the list of CIP codes approved for programs at your school.

- For more information about CIP codes see the National Center for Education Statistics site.

- **Major Code 1***
  - Enter the CIP code of the student's primary major or use the search tool by clicking **Select**. The *Acceptable CIP Codes* window opens.

Acceptable CIP Codes

Search:

| CIP Code | CIP Description | Group | Group Description |
|---|---|---|---|
| 00.0000 | None | 00. | |
| 01.0000 | Agriculture, General | 01. | AGRICULTURE, AG... |
| 01.0101 | Agricultural Business and Management, General | 01. | AGRICULTURE, AG... |
| 01.0102 | Agribusiness/Agricultural Business Operations | 01. | AGRICULTURE, AG... |
| 01.0103 | Agricultural Economics | 01. | AGRICULTURE, AG... |
| 01.0104 | Farm/Farm and Ranch Management | 01. | AGRICULTURE, AG... |
| 01.0105 | Agricultural/Farm Supplies Retailing and Wholesaling | 01. | AGRICULTURE, AG... |
| 01.0106 | Agricultural Business Technology | 01. | AGRICULTURE, AG... |
| 01.0199 | Agricultural Business and Management, Other | 01. | AGRICULTURE, AG... |
| 01.0201 | Agricultural Mechanization, General | 01. | AGRICULTURE, AG... |

Showing 1 to 10 of 1,722 entries First Previous 1 2 3 4 5 ... 173 Next Last

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

- Entering search terms to find the appropriate CIP code, for example, Communications, Business, Engineering, etc.

4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 24 of 44 PageID #: 591
Reinstatement COE (Form I-20) | Study in the States

- Searching for a program family by code number followed by a period, for example, “14.” for the Engineering programs.

- After selecting a code, SEVIS will enter the CIP code in the Major Code 1 field.
- This is a required field.

**Note:** You must select an Education Level before you can enter the Major code.

- **Major Code 2***

**Note:** Some students have a secondary major, usually in a related field. Use this field for the secondary major CIP code.

- Enter the CIP code of the student’s secondary major or use the search tool by clicking **Select**. The *Acceptable CIP Codes* window opens.

Acceptable CIP Codes

Search: chem

| CIP Code | CIP Description | Group | Group Description |
|---|---|---|---|
| 01.1202 | Soil Chemistry and Physics | 01. | AGRICULTURE, AG... |
| 13.1323 | Chemistry Teacher Education | 13. | EDUCATION |
| 14.0701 | Chemical Engineering | 14. | ENGINEERING |
| 14.0702 | Chemical and Biomolecular Engineering | 14. | ENGINEERING |
| 14.0799 | Chemical Engineering, Other | 14. | ENGINEERING |
| 14.4301 | Biochemical Engineering | 14. | ENGINEERING |
| 14.4401 | Engineering Chemistry | 14. | ENGINEERING |

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 24/44

- Search for the CIP code by either:
  - Enter search terms to find the appropriate CIP code, for example, Communications, Business, Engineering, etc.
  - Search by the code family, for example, “14.” for the Engineering programs.
- After selecting a code, SEVIS will enter the **CIP** code in the **Major Code 2** field.
- If the student does not have a second major, click the **No Major 2** checkbox.
- This is a required field.

- **Minor Code***

**Note:** This field is used to select the CIP code for the student’s minor field of study.

- Enter the CIP code of the student’s minor program, or use the search tool by clicking **Select.** The *Acceptable CIP Codes* modal opens.

Official website of the Department of Homeland Security

Homeland
Security
STUDY in the STATES

Translate this page



Acceptable CIP Codes

Search: 14

| CIP Code | CIP Description | Group | Group Description |
|---|---|---|---|
| 05.0114 | Western European Studies | 05. | AREA, ETHNIC, C... |
| 12.0414 | Master Aesthetician/Esthetician | 12. | PERSONAL AND CU... |
| 13.1014 | Education/Teaching of Individuals Who are Developmentally Delayed | 13. | EDUCATION |
| 13.1314 | Physical Education Teaching and Coaching | 13. | EDUCATION |
| 13.1401 | Teaching English as a Second or Foreign Language/ESL Language Instructor | 13. | EDUCATION |
| 13.1402 | Teaching French as a Second or Foreign Language | 13. | EDUCATION |
| 13.1499 | Teaching English or French as a Second or Foreign Language, Other | 13. | EDUCATION |
| 14.0101 | Engineering, General | 14. | ENGINEERING |
| 14.0102 | Pre-Engineering | 14. | ENGINEERING |
| 14.0201 | Aerospace, Aeronautical and Astronautical/Space Engineering | 14. | ENGINEERING |

Showing 1 to 10 of 100 entries (filtered from 1,722 total entries) First Previous 1 2 3 4 5 ... 10 Next Last

Cancel

- Search for the CIP code by either:
  - Entering search terms to find the appropriate CIP code, for example, Communications, Business, Engineering, etc.
  - Searching for a program family by code number followed by a period, for example, "14." for the Engineering programs.

After selecting a code, SEVIS will enter the CIP code in the Minor Code field

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

## English Proficiency

Review final guidance documents on the [SEVP Schools and Program](#) page, under the Overview tab and Policy section on ICE.gov website:

- Conditional Admission
- The Form I 20 and the English Proficiency Field

Complete or update the fields in the English Proficiency section, if needed:

1. In the English Proficiency section, answer the question "**Is English proficiency required by the school?**" Click either the **Yes** or **No** radio button:

- **Yes** – Requires a further **Yes** or **No** confirmation that the student has the required English skills.

English Proficiency:

**Is English proficiency required by the school?** * **Does the student have the required English Proficiency?** *

Official website of the Department of Homeland Security

Homeland
Security

STUDY in the STATES

Translate this page

If the school requires English proficiency and the DSO selects **No** for **Does the student have the required English Proficiency**, SEVIS will prevent the DSO from completing the Form I-20.

**No** – Requires an explanation on why the school does not require the student to be proficient in English.

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

page of the *Reinstatement* workflow opens.

## Student Reinstatement: Financial Information Page

Students must provide proof that they have the financial resources to live and study in the United States. On the *Student Reinstatement: Financial Information* page, enter or update information about the student's expenses and funding for an academic year or the length of the program, whichever is shorter.
There are four sections on the *Financial Information* page:

- Financial
- Expenses
- Funding
- Remarks about the Student

The fields on this page will display any existing information. It can be edited.

Official website of the Department of Homeland Security

Translate this page



**Student Reinstatement**
Financial Information
SEVP School for Advanced SEVIS Studies
SEVIS ID: N0004705846
Required fields are marked with an asterisk (*)

Financial

**Estimated costs and funding for** * 09 **months**

Enter the estimated expenses and sources of funding for an academic year or the length of the program, whichever is shorter. Funding must meet or exceed the estimated expenses.

*Expenses*

| Field | Value |
|---|---|
| **Tuition and Fees:** * | $ 15,000 |
| **Living Expenses:** * | $ 6,000 |
| **Expenses for dependents:** | $ |
| **Other costs:** | $ |
| **Specify other costs:** | |
| **Total expenses:** | **$ 21,000.00** |

*Funding*

| Field | Value |
|---|---|
| **Student's personal funds:** * | $ 0 |
| **Funds from this school:** | $ 21,000 |
| **School fund type:** | scholarship and assistantship |
| **Funds from other sources:** | $ |
| **Other source type:** | |
| **On-Campus employment:** | $ |
| **Total funding:** | **$ 21,000.00** |

**Remarks about the Student** (Prints on page 1 of the Form I-20 in the "Remarks" section.)

Student Automatically Terminated 90 days after next session start date

Characters Remaining: 930

Prev | Request Reinstatement | Cancel

## Financial

Enter or update the number of months (up to 12 months) for the estimated costs and

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

whichever is shorter. Funding must meet or exceed the estimated expenses.

- Use the drop-down list in the **Estimated costs and funding for*__ months** field to select the number of months for estimating expenses and sources of funding.
- Estimates should be for the length of the program or for an academic year, whichever is shorter.
- This is a required field.

## Expenses

Complete or update the fields in the *Expenses* section:

Official website of the Department of Homeland Security

Translate this page

*Expenses*

| | |
|---|---|
| Tuition and Fees: * | $ 15,000 |
| Living Expenses: * | $ 6,000 |
| Expenses for dependents: | $ |
| Other costs: | $ |
| Specify other costs: | |
| Total expenses: | $ 21,000.00 |

- **Tuition and Fees**
    - Enter the amount for the student's tuition and fees.

Official website of the Department of Homeland Security

**STUDY** in the **STATES**

Translate this page

- - **This is a required field.**
- **Expenses for Dependents**

 

- Enter the amount of expenses for any dependents.
- The number of dependents currently associated with the student displays by the field name.
- This is a required field.

- **Other Costs** – Enter any other costs for the months of estimated expenses.
- **Specify Other Costs** – Enter the reason for any other costs.
- **Total Expenses** – SEVIS calculates the costs and displays the total expenses at the bottom of the *Expenses* section

## Funding

Complete or update the fields in the Funding section:

Official website of the Department of Homeland Security

Translate this page



4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 34 of 44 PageID #: 601
Reinstatement COE (Form I-20) | Study in the States

Funding
Student's personal funds: *
$ 0
Funds from this school:
$ 21,000
School fund type:
scholarship and assistantship
Funds from other sources:
$
Other source type:
On-Campus employment:
$
Total funding:
$ 21,000.00

- **Student's Personal Funds***

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

- **School Fund Type** – Enter the type of school fund offered by your school, for example, an academic scholarship.

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 34/44

- **Funds from Other Sources** – Enter the amount of any funding from any other sources.
- **Other Source Type** – Enter the type of funding from any other sources, for example, a private grant.
- **On-Campus Employment** – Enter the amount of funding from the student's on-campus employment.
- **Total Funding** – SEVIS calculates and displays the student's total funds at the bottom of the *Funding* section.

**Note:** The student's total funds must meet or exceed the expenses, before the DSO may issue the student's Reinstatement Form I-20.

## Remarks about the Student

Enter any comments about the student in the **Remarks about the Student** field:

Official website of the Department of Homeland Security

Translate this page





4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 36 of 44 PageID #: 603 Reinstatement COE (Form I-20) | Study in the States

Submit Request Reinstatement

After entering any necessary information, submit the request to SEVIS:

1. Click either **Prev**, **Cancel**, or **Request Reinstatement** at the bottom of the page.

- **Prev** – Returns the user to the *Student Reinstatement: Contact and Program Information* page.
- **Cancel** – Returns the user to the *Student Information* page without changing any information and without requesting reinstatement.
- **Request Reinstatement** – Submits the request with any changes.

2. If **Request Reinstatement** was selected, the *Update Successful* page displays with two options, R**eturn to View Record** or **Print I-20**.

**Update Successful**

**The following Request ID was assigned to this request: 1998256**

**Mail this documentation to the DHS Service Center having jurisdiction over the location address of your institution. A list of addresses for these offices can be obtained via the DHS website, at Reinstatement Filing Instructions.**

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

- **Return to View Record** – Returns the user to the *Student Information* page.

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 36/44

- **Print I-20** – Generates the PDF of the form that can be printed.

### Edit Reinstatement Request

Reinstatement requests cannot be edited. If the student has not sent the application to USCIS, cancel the request in SEVIS and submit a new one.

### Cancel Reinstatement Request

DSOs occasionally have to cancel reinstatement requests in SEVIS. Mostly, this happens when:

- A student decides not to pursue reinstatement and has not sent the reinstatement application to USCIS.
- A DSO wrongly submitted a reinstatement request, instead of a correction request to change the student's status.

Official website of the Department of Homeland Security

Homeland Security
STUDY in the STATES

Translate this page

 Do not cancel a reinstatement request that has already been sent to USCIS. Requests pending with USCIS must be formally withdrawn using USCIS procedures.

To cancel a reinstatement:

1. Go to the student's *Student Information* page.

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page

4/15/25, 8:51 PM Case 1:25-cv-00716-JPH-TAB Document 31-3 Filed 05/05/25 Page 39 of 44 PageID #: 606 Reinstatement COE (Form I-20) | Study in the States

2. Click **Cancel Reinstatement Request.** The *Cancel Reinstatement Request* page opens.

SEVP School for Advanced SEVIS Studies
Cancel Reinstatement Request
Required fields are marked with an asterisk (*).
F-1 Student
Grayte, Scott
SEVP School for Advanced SEVIS Studies -
SEVP School for Advanced SEVIS Studies
Start Date: 09/01/2015 End Date: 05/30/2022
Status: TERMINATED
SEVIS ID: N0004705846
Remarks:
Cancel Reinstatement
Reset Values
Cancel

3. Enter any remarks to explain why the request is being cancelled.
4. Click **Cancel Reinstatement**, **Reset Values**, or **Cancel**.

- **Cancel Reinstatement** – Submits the request to cancel the reinstatement.
- **Reset Values** – Clears any values entered into any of the fields on the page.
- **Cancel** – Returns the user to the *Student Information* page without making any changes.

Official website of the Department of Homeland Security

Translate this page

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/certificates-of-eligibility/reinstatement-coe-form-i-20 39/44

DSOs should not cancel in SEVIS any Reinstatement requests that have been mailed to USCIS. The student must write USCIS to withdraw the application.

# WHAT'S NEW

## Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

Read more on the blog

Official website of the Department of Homeland Security

Homeland Security

STUDY in the STATES

Translate this page

## Learn About Summer Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

Read more on the blog

# ICON GUIDE

Official website of the Department of Homeland Security

Homeland
Security

**STUDY** in the **STATES**

Translate this page

## I'm Looking For

# CONTACT US

Official website of the Department of Homeland Security

STUDY in the STATES

Translate this page



SEVP Response Center

703-603-3400

Monday - Friday
8:00 a.m. to 6:00 p.m. ET,
except holidays

SEVP@ice.dhs.gov

ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

 Yes ◯ No

Submit

Official website of the Department of Homeland Security

Translate this page



## About

About Study in the States

About SEVIS

Contact Us

## Help

Accessibility

Metrics

Privacy Policy

Site Index

## Partners

Department of State

Department of Education

Department of Commerce

Department of Labor

Department of Justice