An official website of the U.S. government  Skip Navigation

 Student & Exchange Visitor Information System



Main  Schools  Students  Employment  Programs  Exchange Visitors  Missing Territory  Alerts  Reports  Message Board  Change Password

## Student Information

Return To Search Results

View: Event History
Form I-17
Request/Authorization Details
Employment Information
Corrections

F-1 STUDENT
Liu, Chang

Indiana University - Indiana U Purdue U Indianapolis
Start Date: **January 2, 2024**   End Date: **December 31, 2025**

I-901 Fee Paid

Status: **ACTIVE**
Status Change Date: **April 26, 2025**
SEVIS ID: **N0034501732**
I-20 ISSUE REASON: **CONTINUED ATTENDANCE**

