UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JELENA LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-716-JPH-TAB |
| | ) | |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Unopposed Motion to Withdraw Preliminary Injunction Motion**

Plaintiff, by her counsel, says that:

1. On April 21, 2025, she filed her Motion for Preliminary Injunction. (Dkt. 27).

2. She desires to withdraw the preliminary injunction motion.

3. Shelese Woods, attorney for defendants, has been consulted and has no objection to the withdrawal of the motion.

WHEREFORE, plaintiff moves to withdraw her motion for preliminary injunction (Dkt. 27), and for all other proper relief.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

[1]

grose@aclu-in.org
spactor@aclu-in.org

Sarah L. Burrow
LEWIS KAPPES
One American Square, Suite 2500
Indianapolis, IN 46282
317/639-1210
fax: 317/639-4882
SBurrow@lewis-kappes.com

Attorneys for Plaintiff

[2]