UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00716-JPH-TAB |
| | ) |
| KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, TODD LYONS in his official capacity as the Acting Director of United States Immigration and Customs Enforcment, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Jelena Liu, has filed a motion to withdraw her motion for preliminary injunction. Dkt. [34]. For the reasons in the motion, that motion is **GRANTED**; the motion for preliminary injunction is **WITHDRAWN**. Dkt. [27].

**By May 29, 2025**, the parties shall file position statements regarding whether the claims raised in the amended complaint, dkt. 26, are moot and whether this action should therefore be dismissed without prejudice.

**SO ORDERED.**

Date: 5/22/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel