UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-716-JPH-TAB |
| | ) |
| KRISTI NOEM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Joint Position Statement**

The parties, by their counsel, file this Joint Position Statement in response to this Court's Order of May 22, 2025 (Dkt. 35), and state that this case is now moot and should be dismissed without prejudice, with each party to pay their own costs and attorneys' fees.

WHEREFORE, the parties file this Statement and request that the case be dismissed.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

[1]

        Sarah L. Burrow
        LEWIS KAPPES
        One American Square, Suite 2500
        Indianapolis, IN 46282
        317/639-1210
        fax: 317/639-4882
        SBurrow@lewis-kappes.com

        Attorneys for Plaintiff


        JOHN E. CHILDRESS
        Acting United States Attorney

By:   /s/ *Shelese Woods*
        (with permission)
        Shelese Woods
        Assistant United States Attorney
        Office of the United States Attorney
        Southern District of Indiana
        10 West Market St., Suite 2100
        Indianapolis, IN 46204
        317/226-6333
        fax: 317/226-6125

        Attorney for Defendants