UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00716-JPH-TAB |
| | ) |
| KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, TODD LYONS in his official capacity as the Acting Director of United States Immigration and Customs Enforcment, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

The parties have filed a joint position statement "that this case is now moot and should be dismissed without prejudice." Dkt. 36. Dismissal on the terms in the statement is proper under Federal Rule of Civil Procedure 41(a)(2). This matter is dismissed, and final judgment will issue by separate entry.

**SO ORDERED.**

Date: 5/28/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel