UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JELENA LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00716-JPH-TAB |
| | ) |
| KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, TODD LYONS in his official capacity as the Acting Director of United States Immigration and Customs Enforcment, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed without prejudice.

Date: 5/28/2025

Kristine L. Seufert, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel